1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY APPLING, ) | Case No.: 10-CV-01900-LHK |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION TO |
| v. ) | CONTINUE HEARING AND |
| ) | GRANTING STIPULATION TO RESET |
| WACHOVIA MORTGAGE, FSB, et al., ) | BRIEFING SCHEDULE |
| ) | |
| Defendants. ) | |

Plaintiff Terry Appling moved to continue the hearing on Defendant's Motion to Dismiss and Case Management Conference, both of which are scheduled for September 16, 2010, to September 23, 2010. Counsel for Plaintiff states that he is unable to access documents in the case due to a network failure and will be unable to timely prepare an Opposition without a continuance. Defendant has not stipulated to the request to continue the hearing. However, the parties have stipulated to revise the briefing schedule such that Plaintiff's Opposition is due September 2, 2010, and Defendant's Reply is due September 9, 2010. Plaintiff states that this briefing schedule is acceptable.

Plaintiff's requested hearing date of September 23, 2010, is not available due to the Judge's unavailability on that date, as noted on the Court's calendar. Therefore, the Court DENIES Plaintiff's request to continue the hearing and case management conference. However, the Court

1
Case No.: 10-CV-01900-LHK
ORDER DENYING MOTION TO CONTINUE HEARING
AND GRANTING STIPULATION TO RESET BRIEFING SCHEDULE

GRANTS the parties' stipulation to reset the briefing schedule.  Plaintiff's Opposition will be due on September 2, 2010; Defendant's Reply will be due on September 9, 2010; and the motion will be heard on September 16, 2010, followed by a case management conference.

**IT IS SO ORDERED.**

Dated: August 30, 2010

_____
LUCY H. KOH
United States District Judge