Robert A. Bailey (#214688)
rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendants
WACHOVIA MORTGAGE (formerly known as World Savings Bank, FSB and Wachovia Mortgage, FSB, now a division of Wells Fargo Bank, NA) and WELLS FARGO BANK, NA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| TERRY APPLING<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB, a Federal Savings Bank; WORLD SAVINGS BANK, FA, a Federal Savings Bank; WELLS FARGO BANK, NA, a National Banking Association member; IQ HOME LOANS AND REALTY CORPORATION, a California Corporation; ALI MIRZAEI and WILLIAM CHEN,<br><br>Defendants. | Case No. CV10-01900 LHK (PVT)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MEDIATION COMPLETION DATE |

THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate as follows:

On September 16, 2010, the Court ordered the parties to complete court-sponsored mediation by December 15, 2010.

Defendants Wachovia Mortgage and Wells Fargo Bank, N.A. currently have a motion to dismiss pending with a hearing date of December 21, 2010.  The parties believe that motion

should be decided prior to any mediation.

The parties have participated in a conference call and written communications with the court appointed mediator and have agreed with the mediator that the mediation completion date should be continued to February 6, 2011.

The parties, therefore, request that the Court's September 16, 2010 Minute Order and Case Management Order be amended to extend the deadline for completion of court-sponsored mediation until February 6, 2011.

IT IS SO STIPULATED

Dated: November 22, 2010         ANGLIN, FLEWELLING, RASMUSSEN,
                                 CAMPBELL & TRYTTEN LLP

                                 By:  s/ Robert A. Bailey
                                      Robert A. Bailey
                                 Attorneys for Defendants, WACHOVIA
                                 MORTGAGE (formerly known as World Savings
                                 Bank, FSB and Wachovia Mortgage, FSB, now a
                                 division of Wells Fargo Bank, NA) and WELLS
                                 FARGO BANK, NA


Dated: November 22, 2010         TRIAL & TECHNOLOGY LAW GROUP

                                 By:  s/ Robert A. Spanner
                                      Robert A. Spanner
                                 Attorneys for Plaintiff, TERRY APPLING


### ORDER

Good cause appearing therefore, the Court's September 16, 2010 Minute Order and Case Management Order is hereby amended as follows: The parties are to complete court-sponsored mediation by February 6, 2011.

Dated: November 23, 2010

*Lucy H. Koh*

United States District Judge

95451/000330/00070114-1         2         CASE#: CV10—01900 LHK
                                          STIPULATION AND [PROPOSED] ORDER
                                          TO CONTINUE MEDIATION COMPLETION