UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY APPLING,<br><br>　　　　Plaintiff,<br>　　v.<br><br>WACHOVIA MORTGAGE, FSB, a Federal Savings Bank; WORLD SAVING BANK, FA, a Federal Savings Bank; WELLS FARGO BANK, NA, a National Banking Association member; IQ HOME LOANS AND REALTY CORPORATION, a California Corporation; ALI MIRZAEI and WILLIAM CHEN,<br><br>　　　　Defendants. | Case No.: 10-CV-01900-LHK<br><br>ORDER CONTINUING MOTION HEARING, CASE MANAGEMENT CONFERENCE, AND MEDIATION DEADLINE |

On December 13, 2010, the parties stipulated to continue the hearing on Defendants' motion to dismiss due to Plaintiff counsel's illness. The hearing date proposed by the parties is not a date on which the Court hears motions. Instead, the Court will CONTINUE the motion hearing to February 10, 2011, at 1:30 p.m., and set a briefing schedule to ensure that the motion is resolved expeditiously. The parties shall brief Defendants' motion as follows:

　(1) Plaintiff's opposition shall be due by January 6, 2010.

　(2) Defendants' reply shall be due by January 13, 2010.

The Court will hold a Case Management Conference following the motion hearing on February 10, 2011. In addition, the Court continues the mediation deadline to March 1, 2011.

**IT IS SO ORDERED.**

Dated: December 13, 2010

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge