UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY APPLING, )<br>　　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiff, )<br>　　v.　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　) <br>WACHOVIA MORTGAGE, FSB, a Federal )<br>Savings Bank; WORLD SAVING BANK, FA, )<br>a Federal Savings Bank; WELLS FARGO )<br>BANK, NA, a National Banking Association )<br>member; IQ HOME LOANS AND REALTY )<br>CORPORATION, a California Corporation; )<br>ALI MIRZAEI and WILLIAM CHEN, )<br>　　　　　　　　　　　　　　　　　) <br>　　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　) | Case No.: 10-CV-01900-LHK<br><br>ORDER DENYING LEAVE TO FILE SUR-REPLY |

On January 13, 2011, Defendants filed a reply brief in which they asked the Court to consider rejecting Plaintiff's opposition brief as untimely. Approximately two-and-half weeks later, Plaintiff moved for leave to file a sur-reply in response to Defendants' request. Given the policy favoring decisions on the merits, the Court will not reject Plaintiff's opposition and finds that further briefing of the issue is unnecessary. Accordingly, Plaintiff's motion for leave to file a sur-reply is DENIED. However, the Court is concerned that Plaintiff has delayed filing an opposition, for various reasons, at least three times in this case. Plaintiff is advised that the Court will not look favorably on further delay, and future late filings may be stricken.

**IT IS SO ORDERED.**

Dated: February 2, 2011

　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-01900-LHK
ORDER DENYING LEAVE TO FILE SUR-REPLY